IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30220
Conference Calendar

_____

BRIAN K. CHISHOLM,

                                        Plaintiff-Appellant,

versus

L. HALL,

                                        Defendant-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-413
- - - - - - - - - - -
December 9, 1997

Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Brian K. Chisholm, Louisiana prisoner 323477, argues that the district court abused its discretion in dismissing his complaint as frivolous. Chisholm argues that the defendant Nurse Hall was deliberately indifferent to his medical needs because she did not refer him to a doctor and told Chisholm that his pain was psychological.

    We have reviewed the record, including the report and recommendation of the magistrate judge and the brief of the

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

plaintiff, and affirm the dismissal of the complaint as frivolous substantially for the reasons adopted by the district court.  <u>See</u> <u>Chisholm v. Hall</u>, No. 96-CV-413 (W.D. La. Feb. 11, 1997).

AFFIRMED.